UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT



FILED

2003 OCT 14  P 3: 14

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| WILLIAM E. MIKE, individually and on behalf of other similarly situated individuals,<br>　　　　Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br>　　　　Defendant. | CASE NUMBER: 3:02 CV 2239(DJS)<br><br>OCTOBER 14, 2003 |

**DEFENDANT'S MOTION TO STRIKE THE DECLARATION
OF WILLIAM E. MIKE**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and Local Rule 7(a) of this District, SAFECO Insurance Company of America ("Safeco" or "Defendant") hereby moves to strike the Declaration of William E. Mike ("Mike Declaration") dated September 4, 2003 to the extent it purports to attest to information about which Plaintiff has no personal knowledge. Safeco further moves to strike those portions of the Mike Declaration consisting of inadmissible hearsay, speculation, conjecture, and conclusory allegations.

In support of this motion, Defendant's Memorandum of Law is filed herewith.

**ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED**

                        THE DEFENDANT,
                        SAFECO INSURANCE COMPANY
                        OF AMERICA


BY:    */s/ Margaret J. Strange*
        Margaret J. Strange (ct 08212)
        James F. Shea (ct 16750)
        JACKSON LEWIS LLP
        55 Farmington Avenue
        Hartford, CT 06105
        Ph. (860) 522-0404
        Fax (860) 247-1330

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 14th day of October, 2003, to the following counsel of record:

Anthony J. Pantuso III, Esq.
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106
Ph. (860) 522-8888

William Madsen, Esq.
Madsen Prestley & Parenteau LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Ph. (860) 246.2466

_____
Margaret J. Strange