## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



| | |
|---|---|
| WILLIAM E. MIKE, individually and on behalf of other similarly situated individuals : : : | |
| Plaintiffs : | CIVIL ACTION NO.: 3:02 CV 2239 (DJS) |
| : : | |
| - against - : : | October 17, 2003 |
| : : | |
| SAFECO INSURANCE COMPANY OF AMERICA, : : | |
| Defendant. : | |

### NOTICE OF APPEARANCE

Please take notice that the undersigned is appearing as counsel of record in the above-captioned action for the Plaintiff William E. Mike, individually and on behalf of other similarly situated individuals.

Respectfully submitted,

By: _____

Craig T. Dickinson
Fed. Bar No.: CT18053
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel: (860) 246-2466
Fax: (860) 246-1794
Attorneys for the Plaintiff

-1-

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this date to all counsel and pro se parties of record, including:

Richard E. Hayber, Esq.
Anthony J. Pantuso, Esq.
Hayber & Pantuso, LLC
221 Main Street
Suite 400
Hartford, CT 06106

Margaret J. Strange
Jackson Lewis LLP
55 Farmington Avenue
Hartford, CT 06105

William G. Madsen