UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
2003 OCT 14  P 3: 14
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| WILLIAM E. MIKE, individually and on behalf of other similarly situated individuals,<br>　　　　Plaintiffs, | |
| V. | CASE NUMBER: 3:02 CV 2239(DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA,<br>　　　　Defendant. | OCTOBER 14, 2003 |

**DEFENDANT'S MOTION FOR PERMISSION TO EXCEED PAGE LIMITATION**

　　　　Pursuant to Local Rule 7(a)(2), Defendant Safeco Insurance Company of America ("Safeco") respectfully moves this Court for permission to exceed the Court's forty page limitation in filing its Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification Pursuant to Rule 23. Plaintiff's Motion for Class Certification is forty pages long and includes several hundred pages of exhibits, including a detailed analysis of the wage and hour laws of the 17 states under which Plaintiff seeks recovery. Plaintiff also relies on the deposition testimony of numerous witnesses and additional documentary exhibits. The issues raised in Plaintiff's Motion for Class Certification are both legally and factually detailed.

　　　　In addition to addressing the criteria of Rule 23(a) and Rule 23(b)(3), Safeco must also address in its Memorandum of Law the impact of the Court's Memorandum of Decision and Order dated July 15, 2003 on Plaintiff's purported class action under Rule 23. This issue is not

addressed in Plaintiff's Motion for Class Certification, but is clearly pertinent to Plaintiff's attempt to certify his purported class of employees.

WHEREFORE, Safeco Insurance Company of America respectfully requests permission to exceed the Court's forty page limitation in filing its Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification.

THE DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA


_Margaret J. Strange_
Margaret J. Strange (ct 08212)
James F. Shea (ct 16750)
JACKSON LEWIS LLP
55 Farmington Avenue
Hartford, CT 06105
Ph. (860) 522-0404
Fax (860) 247-1330

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this the 14th day of October, 2003 to the following counsel of record:

> Anthony J. Pantuso III, Esq.
> Hayber & Pantuso, LLC
> 221 Main Street, Suite 400
> Hartford, CT 06106
> Tel. (860) 522-8888
>
>
> William G. Madsen, Esq.
> Madsen, Prestley & Parenteau, LLC
> 44 Capitol Avenue, Suite 201
> Hartford, CT 06106
> Tel. (860) 246-2466

*Margaret J. Strange*
Margaret J. Strange

H:\Client Folder\S\Safeco\Mike\Pld\Motion to Exceed Pg Limit.doc
64406