UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

WILLIAM E. MIKE, individually
and on behalf of other similarly
situated individuals

           Plaintiff,

v.

SAFECO INSURANCE
COMPANY OF AMERICA.,

           Defendant

Civil Action Number
3:02 CV 2239 (DJS)

October 17, 2003

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff William E. Mike appeals the instant matter to the United States Court of Appeals for the Second Circuit.

Plaintiff appeals from each and every part of the District Court's decision denying his motion to proceed as a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), as well as the court's denial of Plaintiff's motion for reconsideration, which decisions are appealable pursuant to the collateral order doctrine, 28 U.S.C. §1291.

The decisions at issue were finalized and entered September 24, 2003.

Respectfully submitted,

Craig T. Dickinson (Fed. Bar No.: CT18053)
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue - Suite 201
Hartford, CT 06106
(860) 246-2466

TO:
Margaret J. Strange
Jackson Lewis LLP
55 Farmington Avenue – Suite 1200
Hartford, CT 06105

Anthony J. Pantuso, III
Hayber & Pantuso, LLC
221 Main Street – Suite 400
Hartford, CT 06106