## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WILLIAM E. MIKE, individually and on
behalf of others similarly situated        :
    **Plaintiffs**

v.                                         :   CIVIL NO.: 3:02cv2239(DJS)

SAFECO INSURANCE COMPANY OF
AMERICA                                    :
    **Defendant**

### ORDER

The Defendant's Motion for Permission to Exceed Page Limitation (Doc. #92) is hereby **GRANTED.**

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this 24th day of October, 2003.


    /s/DJS
    Dominic J. Squatrito
    United States District Judge