## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. MIKE, individually and on behalf of other similarly situated individuals | : : : | CIVIL ACTION NO.: |
| **Plaintiffs** | : : : | |
| - against - | : : | 3:02 CV 2239 (DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA, | : : : | |
| Defendant. | : | October 17, 2003 |

## MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves the Court for an extension of time of thirty days, until November 24, 2003, within which to file his reply brief to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification Pursuant To Rule 23, dated October 14, 2003 and received by Plaintiff on October 16, 2003. Defendant's Opposition includes a 52 page Memorandum of Law[1] that cites 54 cases and 15 separate statutes or administrative regulations, and also contains over 100 pages of exhibits. Counsel for Plaintiff requires the additional time to adequately research and respond the extensive and complex arguments raised in Defendant's Opposition. This case is not yet assigned for trial. The undersigned has spoken with Attorney James Shea, Counsel for Defendant, who has no objection to this motion.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

---

[1] Defendant concurrently filed a Motion for Permission to Exceed Page Limitation, to which the Plaintiff has no objection.

                    Plaintiff,
                    William E. Mike

                    By:_____
                    Anthony J. Pantuso, III, Esq.
                    Fed. Bar No: ct11638
                    221 Main Street, Suite 400
                    Hartford, CT 06106
                    (860) 522-8888
                    Attorney for the Plaintiff

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed this date to all counsel of record, including:

Margaret J. Strange
James F. Shea
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford CT 06105

William G. Madsen
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford CT 06106

                    _____
                    Anthony J. Pantuso, III