UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE, individually and on behalf of others similarly situated individuals<br>  **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv2239(DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA<br>  **Defendant** | : |

### ORDER

The Plaintiff's Motion for Extension of Time to reply to defendant's opposition to plaintiff's motion for class certification (Doc. #95) is hereby **GRANTED to and including November 24, 2003.**

 **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   28th   day of October, 2003.


                                                    /s/DJS
                                                    Dominic J. Squatrito
                                                    United States District Judge