## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM E. MIKE**, individually and on behalf of other similarly situated individuals : : : | **CIVIL ACTION NO.:** |
| Plaintiffs : | |
| : | |
| - against - : | |
| : | 3:02 CV 2239 (DJS) |
| : | |
| **SAFECO INSURANCE COMPANY OF AMERICA,** : : | |
| Defendant. : | **NOVEMBER 21, 2003** |

## MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves the Court for an extension of time of seven days, until December 1, 2003, within which to file his reply brief to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification Pursuant To Rule 23, which currently is due on November 24, 2003. This case is not yet assigned for trial. This is the second such request for an extension to file the reply brief, as the Court previously had granted an extension until November 24, 2003. The undersigned has spoken with Attorney James Shea, Counsel for Defendant, who has no objection to the granting of this motion.

The undersigned has been working diligently on the reply to Defendant's 52 page opposition. Due to my medical condition, however, for which I will be undergoing surgery within the next four weeks, I have been unable to work a full schedule and, accordingly, have not yet been able to complete the reply. Therefore, Plaintiff requests one additional week within which to complete the reply brief.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

                Plaintiff,
                William E. Mike


                By:_____
                Anthony J. Pantuso, III, Esq.
                Fed. Bar No: ct11638
                221 Main Street, Suite 400
                Hartford, CT 06106
                (860) 522-8888
                Attorney for the Plaintiff


**CERTIFICATION OF SERVICE**

  This is to certify that a copy of the foregoing was mailed this date to all counsel of record, including:

Margaret J. Strange
James F. Shea
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford CT 06105

William G. Madsen
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford CT 06106


                _____
                Anthony J. Pantuso, III