#97

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 21 P 12: 08

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| WILLIAM E. MIKE, individually and on behalf of other similarly situated individuals<br>Plaintiffs | :<br>:<br>:<br>: CIVIL ACTION NO. |
| - against - | :<br>: 3:02 CV 2239 (DJS) ✓new |
| SAFECO INSURANCE COMPANY OF AMERICA,<br>Defendant. | :<br>:<br>: NOVEMBER 21, 2003 |

### MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves the Court for an extension of time of seven days, until December 1, 2003, within which to file his reply brief to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification Pursuant To Rule 23, which currently is due on November 24, 2003. This case is not yet assigned for trial. This is the second such request for an extension to file the reply brief, as the Court previously had granted an extension until November 24, 2003. The undersigned has spoken with Attorney James Shea, Counsel for Defendant, who has no objection to the granting of this motion.

The undersigned has been working diligently on the reply to Defendant's 52 page opposition. Due to my medical condition, however, for which I will be undergoing surgery within the next four weeks, I have been unable to work a full schedule and, accordingly, have not ye[t]



12/1/03  GRANTED.
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED

been able to complete the reply. Therefore, Plaintiff requests one additional week within which to complete the reply brief.

>Plaintiff,
>William E. Mike
>
>By: /s/ Anthony J. Pantuso, III
>Anthony J. Pantuso, III, Esq.
>Fed. Bar No: ct11638
>221 Main Street, Suite 400
>Hartford, CT 06106
>(860) 522-8888
>Attorney for the Plaintiff

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this date to all counsel of record, including:

Margaret J. Strange
James F. Shea
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford CT 06105

William G. Madsen
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford CT 06106

/s/ Anthony J. Pantuso, III
Anthony J. Pantuso, III