**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM E. MIKE, individually and on behalf of other similarly situated individuals | : : : | CIVIL ACTION NO.: |
| Plaintiffs | : : | |
| - against - | : : | 3:02 CV 2239 (DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA, | : : : | |
| Defendant. | : | NOVEMBER 25, 2003 |

**MOTION FOR EXTENSION OF DEADLINES**

Plaintiff respectfully requests that the Court extend the following deadlines, set forth in the Scheduling Order of September 24, 2003:

1. **Close of Discovery**: From January 9, 2004 until March 9, 2004;

2. **Dispositive Motions**: From February 9, 2004 until April 9, 2004;

3. **Joint Trial Memorandum**: From March 9, 2004 until May 9, 2004; and

4. **Trial Readiness**: From April, 2004 until June, 2004.

Good cause exists for granting this motion. The undersigned, Counsel for Plaintiff, will be having surgery on December 11, 2003. I have been advised by my physician that I will not be cleared to return to work for six to eight weeks following my surgery. Accordingly, I am seeking a two-month extension on all remaining deadlines, to correspond with my anticipated period of disability.

I have spoken with Attorney Margaret J. Strange, Counsel for Defendant, who has informed me that Defendant does not consent to the granting of this motion.

**ORAL ARGUMENT IS NOT REQUESTED**

**TESTIMONY IS NOT REQUIRED**

                        Plaintiff,
                        William E. Mike


                        By:_____
                        Anthony J. Pantuso, III, Esq.
                        Fed. Bar No: ct11638
                        221 Main Street, Suite 400
                        Hartford, CT 06106
                        (860) 522-8888
                        Attorney for the Plaintiff


## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Attorney James Shea
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105

William G. Madsen
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford CT 06106


                                                  _____
                                                     Anthony J. Pantuso, III