UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

_____

WILLIAM E. MIKE, individually and
on behalf of other similarly situated
individuals,
        Plaintiffs,

V.                                CASE NUMBER:  3:02 CV 2239(DJS)

SAFECO INSURANCE COMPANY
OF AMERICA,
        Defendant.                    DECEMBER 4, 2003
_____

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES**

        Pursuant to the Federal Rules of Civil Procedure and Local Rule 7(b) of this Court, Defendant, Safeco Insurance Company of America ("Safeco"), respectfully objects to Plaintiff's Motion for Extension of Deadlines on the grounds that there is no good cause to extend the deadlines contained in the Court's Order of September 24, 2003.  Safeco objects to Plaintiff's motion because: 1) except for Defendant's Motion for Summary Judgment, the parties' anticipated motion practice is complete; and 2) extensive discovery has been conducted and no additional discovery is anticipated.  In support of this Motion, Defendant states as follows:

        1.        Plaintiff filed his Amended Motion to Proceed as Collective Action under the FLSA on June 9, 2003.  Safeco filed its opposition memorandum of law on June 16, 2003.  The Court denied Plaintiff's motion in its Memorandum of Decision dated July 15, 2003.

        2.        Plaintiff filed his Motion for Class Certification pursuant to Rule 23 on September 5, 2003.  Safeco filed its opposition memorandum on October 14, 2003.  Plaintiff

**ORAL ARGUMENT NOT REQUESTED**

filed his Reply to Defendant's Opposition to Motion for Class Certification on November 28, 2003. Plaintiff's Motion for Class Certification is presently pending before the Court.

3. Other than Defendant's Motion for Summary Judgment, the parties' anticipated motion practice is complete.

4. There are no outstanding discovery motions in this case. The parties have conducted extensive discovery in this matter and no additional discovery is anticipated.

5. Plaintiff also moved for an extension of the Court's pretrial deadlines in the companion case, Mike v. Safeco Ins. Co., No. 3:03 CV 539 (DJS). Safeco did not object to Plaintiff's motion in that case because there is additional motion practice and discovery to be completed.

6. Defendant is prepared to file its Motion for Summary Judgment on or before February 9, 2004. Plaintiff's opposition memorandum would not be due until early March, after Attorney Pantuso is scheduled to return to work.

WHEREFORE, Safeco respectfully objects to Plaintiff's Motion for Extension of Deadlines dated November 25, 2003

        THE DEFENDANT,
        SAFECO INSURANCE COMPANY
        OF AMERICA

BY:_____
        Margaret J. Strange (ct 08212)
        James F. Shea (ct 16750)
        JACKSON LEWIS LLP
        55 Farmington Avenue
        Hartford, CT 06105
        Ph. (860) 522-0404
        Fax (860) 247-1330

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 4th day of December 2003, to the following counsel of record:

Anthony J. Pantuso III, Esq.
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106
Ph. (860) 522-8888

William Madsen, Esq.
Madsen Prestley & Parenteau LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Ph. (860) 246-2466

_____
Margaret J. Strange

H:\Client Folder\S\Safeco\Mike\Pld\Objection to Extend Deadlines.doc
64406