UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**WILLIAM E. MIKE**, individually and
on behalf of other similarly situated
individuals                                                      :
    **Plaintiffs**

    v.                                                              :  CIVIL NO.: 3:02cv2239(DJS)

**SAFECO INSURANCE COMPANY
OF AMERICA**                                              :
    **Defendant**

**ORDER**

    The Motion for Extension of Deadlines (Doc. #99) is hereby **GRANTED in part**. All discovery, including expert depositions and expert reports shall be completed by **March 9, 2004.** Dispositive motions shall be filed by **April 9, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **May 10, 2004**. This case shall be trial ready **June, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   10th   day of December, 2003.

                                             /s/DJS
                                             Dominic J. Squatrito
                                             United States District Judge