# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM E. MIKE, individually and on behalf of other similarly situated individuals | : : : | |
| Plaintiffs | : : | CIVIL ACTION NO.: |
| - against - | : : : | 3:02 CV 2239 (DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA, | : : : | |
| Defendant. | : | June 24, 2004 |

**JOINT MOTION ON CONSENT RE: JOINT TRIAL MEMORANDUM**

The parties jointly move that the Court extend the deadline for filing the joint trial memorandum, as set forth in the Scheduling Order of February 19, 2004. Good cause exists for granting this motion. The current deadline for filing the joint trial memorandum is June 25, 2004. As a practical matter, however, the parties cannot prepare the joint trial memorandum at this time. The Court has yet to rule on Plaintiff's Motion for Class Certification, filed on September 5, 2003. Until this motion is ruled upon, the parties do not know whether this case will be tried as an individual action or as a class action. Further, if the Motion for Class Certification is granted, additional discovery will be required on class issues.[1] In addition, Plaintiff has taken an interlocutory appeal of the Court's denial of his Amended Motion to

---

[1] A second phase of discovery related to class-wide issues, following the Court's ruling on a motion for class certification, was specifically contemplated by the parties in Section V(E)(3) of their Rule 26(f) report.

**ORAL ARGUMENT IS NOT REQUESTED**

**TESTIMONY IS NOT REQUIRED**

Proceed as a Collective Action under the Fair Labor Standards Act. That appeal remains pending.

Accordingly, the parties jointly request that they be excused from filing the joint trial memorandum at this time, and that the Court schedule a status conference after it rules on the Motion for Class Certification. The undersigned has spoken with Attorney James Shea, counsel for Defendant, who consents to and joins in this motion.

                                                Plaintiff,
                                                William E. Mike

                                                By:_____
                                                Anthony J. Pantuso, III, Esq.
                                                Fed. Bar No: ct11638
                                                221 Main Street, Suite 400
                                                Hartford, CT 06106
                                                (860) 522-8888
                                                Attorney for the Plaintiff

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Attorney Margaret Strange
Attorney James Shea
Jackson, Lewis, LLP
55 Farmington Ave, Ste. 1200
Hartford CT 06105

William G. Madsen
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford CT 06106

                                                _____
                                                Anthony J. Pantuso, III