UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE, individually and on behalf of others similarly situated individuals<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv2239(DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA<br>    Defendant | : |

### ORDER

The Joint Motion on Consent Re: Joint Trial Memorandum (Doc. #108) is hereby **GRANTED** until the Court rules on the Motion for Class Certification, at which point the Court will issue a new scheduling order.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __28th__ day of June, 2004.

    /s/DJS
    Dominic J. Squatrito
    United States District Judge