UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM E. MIKE, individually and
on behalf of other similarly situated
individuals
        Plaintiffs

CIVIL ACTION NO.:
3:02 CV 2239 (DJS)

USCA NO. 04-1059-CV

- against -

June 15, 2004

SAFECO INSURANCE COMPANY
OF AMERICA,
        Defendant.

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 7/13/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2ND CIRCUIT

INDEX TO THE RECORD ON APPEAL

| Date Filed | Court No. | Document Name | Document No. |
|---|---|---|---|
| 12/18/2002 | 1 | COMPLAINT | 1 |
| 12/30/2002 | 4 | AMENDED COMPLAINT | 2 |
| 05/01/2003 | 28 | MOTION by William E. Mike to Proceed as a Collective Action | 3 |
| 05/01/2003 | 29 | MEMORANDUM by William E. Mike in support of motion to Proceed as Collective Action | 4 |
| 05/09/2003 | 23 | ANSWER and AFFIRMATIVE DEFENSES | 5 |
| 05/23/04 | 30 | MOTION by Safeco Prop. Ins. Co. to Strike the Declaration of William E. Mike to Proceed as a Collective Action | 6 |

-1-

| Date Filed | Court No. | Document Name | Document No. |
|---|---|---|---|
| 05/23/2003 | 31 | MEMORANDUM by Safeco Prop. Ins. Co. in support of motion to Strike | 7 |
| 05/23/2003 | 32 | OBJECTION by Safeco Prop. Ins. Co. to motion to Proceed as Collective Action | 8 |
| 05/23/2003 | 33 | MEMORANDUM by Safeco Prop. Ins. Co. in opposition to motion to Proceed as Collective Action | 9 |
| 05/23/2003 | 34 | AFFIDAVIT of Margaret J. Strange by Safeco Prop. Ins. Co. Re. motion to proceed as collective action. | 10 |
| 06/04/2003 | 42 | ORDER granting motion to Amend second amended complaint, denying motion to Proceed as a Collective Action. The plaintiff shall file a renewed motion to proceed as a collective action on 06/09/03, … | 11 |
| 06/04/2003 | 43 | SECOND AMENDED COMPLAINT | 12 |
| 06/09/2003 | 45 | AMENDED MOTION to Proceed as a Collective Action | 13 |
| 06/09/2003 | 46 | MEMORANDUM in support of motion to Proceed as Collective Action | 14 |

| Date Filed | Court No. | Document Name | Document No. |
|---|---|---|---|
| 06/16/2003 | 51 | MOTION by Safeco Prop. Ins. Co. to Strike the Declaration of William E. Mike to re. amended motion to Proceed as a Collective Action | 15 |
| 06/16/2003 | 52 | MEMORANDUM by Safeco Prop. Ins. Co. in support of motion to Strike | 16 |
| 06/16/2003 | 53 | MEMORANDUM by Safeco Prop. Ins. Co. in opposition to amended motion to Proceed as Collective Action | 17 |
| 06/16/2003 | 54 | AFFIDAVIT of Margaret J. Strange by Safeco Prop. Ins. Co. Re. amended motion to proceed as collective action. | 18 |
| 06/17/2003 | 56 | ANSWER AND AFFIRMATIVE DEFENSES | 19 |
| 07/15/2003 | 69 | MEMORANDUM of Decision and ORDER denying amended motion to Proceed as a Collective Action | 20 |
| 07/29/2003 | 76 | MOTION by William E. Mike for Reconsideration or, in the alternative, Certification of Interlocutory Appeal | 21 |
| 07/29/2003 | 77 | MEMORANDUM in support of motion for Reconsideration | 22 |
| 08/15/2003 | 80 | OBJECTIONS by Safeco Insurance Co. to motion for Reconsideration | 23 |

| Date Filed | Court No. | Document Name | Document No. |
|---|---|---|---|
| 08/15/2003 | 81 | OBJECTIONS by Safeco Insurance Co. to motion for Certification of Interlocutory Appeal | 24 |
| 09/24/2003 | 87 | MEMORANDUM of Decision and ORDER denying motion for Reconsideration and motion for Certification of Interlocutory Appeal | 25 |
| 10/17/2003 | 93 | NOTICE OF INTERLOCUTORY APPEAL | 26 |
| 02/12/2004 |  | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals | 27 |
| 05/26/2004 | 103 | USCA Scheduling Order | 28 |

Respectfully submitted,

By: _____
Craig T. Dickinson
Fed. Bar No.: CT18053
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Tel: (860) 246-2466
Fax: (860) 246-1794
Attorneys for the Plaintiff

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this date to all counsel and pro se parties of record, including:

Richard E. Hayber, Esq.
Anthony J. Pantuso, Esq.
Hayber & Pantuso, LLC
221 Main Street
Suite 400
Hartford, CT 06106

Margaret J. Strange, Esq.
Jackson Lewis LLP
55 Farmington Avenue
Hartford, CT 06105

_____
Craig T. Dickinson