D.Conn.
02-cv-02239
Squatrito, J.

FILED
SEP 13  2 19 PM '04
U.S. DIST...
NEW HAVEN...

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 26th day of August two thousand and four,

Present:

    Hon. Thomas J. Meskill,
    Hon. Roger J. Miner,
    Hon. Robert A. Katzmann,
        *Circuit Judges.*

William E. Mike, individually and on
behalf of other similarly situated individuals,

        Plaintiff-Appellant,

    v.

Safeco Corp. and Safeco Property &
Casualty Insurance Company.,

        04-1059-cv

        Defendants,

Safeco Insurance Company of America,

        Defendant-Appellee.

    On appeal, Appellant challenges the district court's denial of his motion for certification of a "collective action" under § 216(b) of the Fair Labor Standards Act and the denial of his subsequent Fed. R. Civ. P. 60(b) motion for reconsideration. Appellee moves to dismiss the appeal for lack of jurisdiction. Upon due consideration, this Court has determined that the expiration of the statute of limitations for the claims of those individuals on whose behalf Appellant seeks to proceed has rendered the appeal moot. Accordingly, it is ORDERED that the motion to dismiss is GRANTED and the appeal is DISMISSED as moot.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by: _____
DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _Lucille Carr_

CERTIFIED  8/26/04