115

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB -7 P 1: 21

| | | |
|---|---|---|
| WILLIAM E. MIKE | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | |
| - against - | : | 3:02 CV 2239 (DJS) |
| | : | |
| SAFECO INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
|     Defendant. | : | FEBRUARY 7, 2005 |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY AND LIQUIDATED DAMAGES

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff William E. Mike moves for summary judgment as to liability for overtime on Counts Two and Four of the Second Amended Complaint. Defendant, Safeco Insurance Company of America, improperly designated Plaintiff as exempt from the overtime provisions of the Fair Labor Standards Act, 29 U.S.C § 216(b) ("FLSA") and the Connecticut Minimum Wage Act, Conn. Gen. Stat. § 31-58 *et seq.* ("CMWA"), when he was hired in April of 2000. Defendant failed to pay him overtime between April 2, 2000 and July 17, 2001, in violation of the FLSA and CMWA. Defendant claims that Plaintiff properly was classified as exempt under both the FLSA and CMWA as a bona fide administrative employee. Because Defendant cannot prove that Plaintiff "clearly and unmistakably" falls within claimed exemption under either the CMWA or FLSA, summary judgment as to liability is appropriate.

Plaintiff also moves for summary judgment as to liability for liquidated damages under the FLSA and the CMWA. Defendant cannot show that it attempted in good faith to comply

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

with the FLSA. Furthermore, its actions in failing to pay overtime to Plaintiff was unreasonable under the CMWA.

For these reasons, summary judgment should enter and the case should proceed to a hearing in damages to determine the amount of overtime due, the amount of liquidated damages and to award attorneys fees pursuant to the FLSA and CMWA.

Plaintiff, William E. Mike

By: _____
Anthony J. Pantuso, III
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106
Fed No.: ct11638
(860) 522-8888
(860) 240-7945 (facsimile)
Attorney for Plaintiff

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed on this date to the following counsel of record:

Margaret J. Strange
Jackson Lewis LLP
55 Farmington Avenue
Suite 1200
Hartford, CT 06105

William G. Madsen, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford, CT 06106

_____
Anthony J. Pantuso, III