UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE, individually and on behalf of other similarly situated individuals,<br>      Plaintiffs, | :<br>:<br>:<br>: |
| V. | :    CASE NUMBER: 3:02CV2239(DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA,<br>      Defendant. | :<br>:<br>:    FEBRUARY 8, 2005 |

To the Clerk of this court and all parties of record:

      Pursuant to Local Rule 7(b), please enter my appearance as counsel in this case for the Defendant SAFECO INSURANCE COMPANY OF AMERICA.

_____
James F. Shea
Federal Bar No. ct 16750
JACKSON LEWIS LLP
55 Farmington Avenue
Hartford, CT 06105
Ph. (860) 522-0404
Fax (860) 247-1330
Email: sheaj@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Appearance was mailed, postage prepaid, via first-class mail, on this 8th day of February, 2005, addressed as follows:

>Anthony J. Pantuso III
>Richard E. Hayber
>Hayber & Pantuso, LLC
>221 Main Street, Suite 400
>Hartford, CT 06106
>Ph. (860) 522-8888
>
>Craig T. Dickinson
>William G. Madsen
>Madsen, Prestley & Parenteau, LLC
>44 Capitol Ave., 2nd Fl. E., Suite 201
>Hartford, CT 06106
>Tel. (860) 246-2466
>
>Attorneys for Plaintiffs

_____
James F. Shea

H:\Client Folder\S\Safeco\Mike\Pld\Appearancejfs.doc