UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE<br>    Plaintiff, | :<br>:<br>:    Civil No. 3:02CV2239(DJS)<br>: |
| v. | :<br>: |
| SAFECO INSURANCE COMPANY<br>OF AMERICA,<br>    Defendant. | :<br>:    FEBRUARY 22, 2005<br>:<br>: |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule of Civil Procedure 7(b), Defendant Safeco Insurance Company of America respectfully moves for an extension of time of fourteen (14) days up to and including March 14, 2005 in which to file its Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment dated February 7, 2005.

1. Plaintiff filed his Motion for Summary Judgment on February 7, 2005. Accordingly, Defendant's response to Plaintiff's Motion for Summary Judgment is presently due by February 28, 2005.

2. Defendant needs additional time in which to properly analyze and respond to the legal and factual issues raised in Plaintiff's Motion for Summary Judgment. Plaintiff's Motion raises several new factual issues which Defendant must investigate and address. Defendant also requires additional time to analyze and research Plaintiff's legal claims.

3. In addition, Defendant recently solicited a settlement demand from Plaintiff and is awaiting Plaintiff's response.

4.  This is the Defendant's first such motion for enlargement of time in which to file its Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment.

5.  The undersigned has contacted Attorney Pantuso, counsel for Plaintiff, who has no objection to the granting of this motion.

WHEREFORE, Defendant respectfully moves for a fourteen (14) day extension of time up to and including March 14, 2005 in which to file its Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment.

> DEFENDANT,
> SAFECO INSURANCE COMPANY
> OF AMERICA
>
> By: _____
> Margaret J. Strange (ct 08212)
> James F. Shea (ct 16750)
> Jackson Lewis LLP
> 55 Farmington Avenue, Suite 1200
> Hartford, CT 06105
> (860) 522-0404
> email: strangem@jacksonlewis.com
> email: sheaj@jacksonlewis.com

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 22nd day of February, 2005 to the following counsel of record:

>   Anthony J. Pantuso, III
>   Hayber & Pantuso, LLC
>   221 Main Street, Suite 400
>   Hartford, CT 06106
>
>   William G. Madsen
>   Madsen, Prestley & Parenteau, LLC
>   44 Capitol Ave., 2nd Fl. E., Suite 201
>   Hartford, CT 06106

_____
James F. Shea

H:\Client Folder\S\Safeco\Mike\Summary Judgment\Motion Extend Time PI MSJ.doc
64406