UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| WILLIAM E. MIKE,<br>　　　　Plaintiff, | : | |
| | : | |
| V. | : | CASE NUMBER:  3:02 CV 2239(DJS) |
| | : | |
| SAFECO INSURANCE COMPANY<br>OF AMERICA, | : | |
| 　　　　Defendant. | : | MARCH 4, 2005 |
| | : | |

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE JOINT TRIAL MEMORANDUM

Pursuant to Local Rule 7(b) of this Court, Safeco Insurance Company of America ("Defendant") respectfully requests an extension of time until thirty (30) days after the Court's ruling on Plaintiff's Motion for Summary Judgment for the parties to file their Joint Trial Memorandum.  In support of this motion, Defendant states:

1.　　The Court's scheduling order of December 9, 2004 set the following deadlines: 1) discovery due by January 7, 2005; 2) dispositive motions due by February 7, 2005; and 3) parties' Joint Trial Memorandum due by March 7, 2005.

2.　　Plaintiff filed his Motion for Summary Judgment on February 7, 2005. Accordingly, Defendant's response to Plaintiff's Motion for Summary Judgment was due by February 28, 2005

3.　　Defendant requested, and received, a fourteen day extension of time until March 14, 2004 to file its Memorandum in Opposition to Plaintiff's Motion for Summary

**ORAL ARGUMENT NOT REQUESTED**

Judgment.  Thus, Defendant's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment is due March 14, 2005.

       4.     Counsel for Defendant recently solicited a settlement demand from Plaintiff.  Plaintiff's counsel has not yet communicated Plaintiff's demand, but has indicated that he intends to do so shortly.

       5.     Defendant requests an extension of the deadline to file the Joint Trial Memorandum to avoid the time and cost in preparing the Joint Trial Memorandum until the Court has ruled on Plaintiff's Motion for Summary Judgment.  Defendant also requests an extension of the deadline to allow the parties an opportunity to further discuss settlement without incurring additional attorneys' fees in preparing the Joint Trial Memorandum.

       6.     The undersigned has contacted Attorney Pantuso, counsel for Plaintiff, who has no objection to the granting of this motion.

       WHEREFORE, Defendant respectfully moves for extension of time until thirty (30) days after the Court's ruling on Plaintiff's Motion for Summary Judgment for the parties to file their Joint Trial Memorandum.

THE DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA

BY: _____
Margaret J. Strange (ct08212)
James F. Shea (ct16750)
JACKSON LEWIS LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Ph. (860) 522-0404
Fax (860) 247-1330
email: strangem@jacksonlewis.com
email: sheaj@jacksonlewis.com

2

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing was sent via first class mail, postage

prepaid, on this 4th day of March 2005, to the following counsel of record:

> Anthony J. Pantuso III, Esq.
> Hayber & Pantuso, LLC
> 221 Main Street, Suite 400
> Hartford, CT 06106
> Tel. (860) 522-8888

> William G. Madsen, Esq.
> Madsen, Prestley & Parenteau, LLC
> 44 Capitol Avenue, Suite 201
> Hartford, CT 06106
> Tel. (860) 246-2466

_____
James F. Shea

H:\Client Folder\S\Safeco\Mike\Pld\Motion to Extend Time Jt Trial Report DOC
64406

3