02-cv-2239
Squatrito, J.

Hartford, CT

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the         day of         two thousand five,

Present:
    Hon. Pierre N. Leval,
    Hon. Chester J. Straub,
    Hon. Robert A. Katzmann,
        *Circuit Judges.*



William E. Mike,

        Plaintiff-Appellant,

    v.                                                                          04-8015-cv

Safeco Corp., *et al.*,

        Defendants-Appellees.

Appellant, through counsel, moves pursuant to Fed. R. Civ. P. 23(f) for leave to pursue an interlocutory appeal of the district court's order denying class certification. Upon due consideration, it is ORDERED that the Fed. R. Civ. P. 23(f) petition is denied, because an immediate appeal is not warranted. *See In re Sumitomo Copper Antitrust Litig.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Curr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 1-19-05