UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE<br>    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY<br>OF AMERICA,<br>    Defendant. | Civil No. 3:02CV2239(DJS)<br><br><br>MARCH 14, 2005 |

### AFFIDAVIT OF MARGARET J. STRANGE

I, Margaret J. Strange, being duly sworn and according to law, depose and say:

1. I am a partner in the law firm of Jackson Lewis LLP, counsel for Safeco Insurance Company of America, in the above-captioned matter. This Affidavit is submitted in support of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment.

2. I affirm that a true and correct copy of Plaintiff's Offer Letter is attached as Exhibit 1.

3. I affirm that true and correct copies of the pages from the deposition transcript of the Plaintiff dated June 3, 2003 are attached as Exhibit 2.

4. I affirm that true and correct copies of the pages from the deposition transcript of Mr. Barry dated August 25, 2003 are attached as Exhibit 3.

5. I affirm that a true and correct copy of the Affidavit of David Kabara is attached as Exhibit 4.

6. I affirm that true and correct copies of the pages from the deposition transcript of Mr. Abels dated May 21, 2003 are attached as Exhibit 5.

7. I affirm that true and correct copies of the pages from the deposition transcript of Mr. Brown dated August 6, 2003 are attached as Exhibit 6.

8. I affirm that true and correct copies of the pages from the deposition transcript of Mr. Lebo dated August 6, 2003 are attached as Exhibit 7.

9. I affirm that true and correct copies of the pages from the deposition transcript of Mr. Wilson dated August 7, 2003 are attached as Exhibit 8.

10. I affirm that true and correct copies of the pages from the deposition transcript of Mr. Philip dated August 8, 2003 are attached as Exhibit 9.

11. I affirm that a true and correct copy of <u>McLaughlin v. Nationwide Mutual Ins. Co.</u>, No. 02-6205-TC, 2004 U.S Dist. LEXIS 21841 (D. Or. 2004) is attached as Exhibit 10.

12. I affirm that a true and correct copy of the Department of Labor's opinion letter is attached as Exhibit 11.

_____
Margaret J. Strange

Sworn and subscribed to
before me on this 14th
day of March, 2005.

_____
Notary Public

DEBORAH THER[...]
NOTARY PUBL[...]
MISSION EXP[...] 31, 2007

2

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 14th day of March, 2005, to the following counsel of record:

>Anthony J. Pantuso III, Esq.
>Hayber & Pantuso, LLC
>221 Main Street, Suite 400
>Hartford, CT 06106

>William G. Madsen, Esq.
>Madsen, Prestley & Parenteau, LLC
>44 Capitol Avenue, Suite 201
>Hartford, CT 06106

>Attorneys for Plaintiff

*Margaret J. Strange*
Margaret J. Strange