# EXHIBIT 1



SAFECO INSURANCE COMPANIES
HARTFORD REGION
700 STANLEY DRIVE
NEW BRITAIN, CT 06053
TELEPHONE (860) 827-4200

March 28, 2000

William E. Mike
96 Anthony Road
Tolland, Connecticut 06084

Dear William,

We are pleased you have accepted a position with SAFECO/American States Insurance Co. and hope to see it as an opportunity to apply your special skills in a professional organization. Our offer of employment is for a Field Representative in our Claims department, at an annualized salary of $37,000.00. The agreed upon starting date is April 3, 2000.

There is no intent in this letter to establish or imply a contract of employment. SAFECO/American States Insurance Co. policy is that no representative of the company or employee has the authority to make any pre-employment contracts which would imply guarantees of minimum length of employment.

We hope your employment is exciting and rewarding. We look forward to having you join us. If you have any questions or concerns, please call me at (860) 827-4209.

Sincerely,

*Caryn Kiernan*

Caryn Kiernan
Human Resources Representative


Please indicate agreement by signing, dating and returning this letter no later than April 3, 2000:

_William Mike_                    _4/3/00_
Signature                          Date

01773