# EXHIBIT 6

COPY OF TRANSCRIPT

CONFIDENTIAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM E. MIKE, individually and
On behalf of other similarly situated
Individuals

    Plaintiffs,

vs.                    Civil Action No. 3:02 cv 2239 (DJS)

SAFECO INSURANCE COMPANY OF
AMERICA

    Defendant.

---

**\*\*CONFIDENTIAL\*\***

DEPOSITION OF WAYNE BROWN
Taken on behalf of the Plaintiffs
August 6, 2003

- - -

    BE IT REMEMBERED THAT, pursuant to the Washington Rules of Civil Procedure, the deposition of Wayne Brown was taken before Marta M. Rice, CSR No. 2050, a Certified Shorthand Reporter, and a Notary Public for the State of Washington, on August 6, 2003, commencing at the hour of 1:32 p.m., the proceedings being reported at Best Western University Tower Hotel, 4507 Brooklyn Avenue NE, Seattle, Washington.

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

National: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123

Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1  guess is as good as mine on that one.
2        BY MR. PANTUSO:
3        Q.  Okay.  Now, Mr. Brown, at some point during your
4  tenure as senior vice president of the claims department,
5  did Safeco employ people specifically as automobile
6  appraisers?
7        A.  I don't think we used that terminology at all.  I
8  mean, I could be wrong, but I don't -- I don't recall
9  seeing that terminology used.
10       Q.  Okay.  Well, regardless of terminology, at any
11 time during your -- your tenure as senior vice president of
12 the claims department, did Safeco employ people whose
13 primary job duty was as automobile appraisers?
14       A.  I -- I think that's too narrow.  I think, that
15 if we had a physical damage rep, I think, their job was
16 broader than just writing estimates on vehicles.
17       Q.  Okay.
18       A.  In my definition at least.
19       Q.  Okay.  And how would their job be broader than
20 just writing estimates on vehicles?
21       A.  Again, we'll go back to the same thing we said
22 earlier.  I think that's determination of fraud.  I think
23 it's customer satisfaction.  It's looking at the vehicle for
24 other than the claims department.  A number of factors that
25 are driven by loss cost and driven by customer satisfaction.

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000



Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

# CERTIFICATE

I, Marta M. Rice, do hereby certify that pursuant to the Rules of Civil Procedure, the witness named herein appeared before me at the time and place set forth in the caption herein; that at the said time and place, I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; and that the foregoing transcript pages constitute a full, true and correct record of such testimony adduced and oral proceeding had and of the whole thereof.

IN WITNESS HEREOF, I have hereunto set my hand this ___14th___ day of ___August___, 2003.

_____       2-11-06
Signature       Expiration Date

## NAEGELI REPORTING CORPORATION

Portland, OR      Seattle, WA
(503) 227-1544       (206) 622-3376

Spokane, WA       Coeur d'Alene, ID
(509) 838-6000       (208) 667-1163