EXHIBIT 7

COPY OF TRANSCRIPT

# CONFIDENTIAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM E. MIKE, individually and
On behalf of other similarly situated
Individuals

       Plaintiffs,

vs.                Civil Action No. 3:02 cv 2239 (DJS)

SAFECO INSURANCE COMPANY OF
AMERICA

       Defendant.

_____

**\*\*CONFIDENTIAL\*\***

DEPOSITION OF BILL LEBO
Taken on behalf of the Plaintiffs
August 6, 2003

- - -

    BE IT REMEMBERED THAT, pursuant to the Washington
Rules of Civil Procedure, the deposition of Bill Lebo was
taken before Marta M. Rice, CSR No. 2050, a Certified
Shorthand Reporter, and a Notary Public for the State of
Washington, on August 6, 2003, commencing at the hour of
9:33 a.m., the proceedings being reported at Best Western
University Tower Hotel, 4507 Brooklyn Avenue NE, Seattle,
Washington.

## NAEGELI REPORTING CORPORATION



Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

National: (800) 528-3335

www.naegelireporting.com

Fax: (503) 227-7123

Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1    to go back to work.    And I also need to give my 401K a

2    chance to remature.

3        Q.    Okay.    Now, I'd like to run through just your

4    history with Safeco.    When did you first start working with

5    Safeco?

6        A.    August 25th, 1969.

7        Q.    And did you work for Safeco continuously through

8    your retirement in June of 2002?

9        A.    Yes, I did.

10       Q.    Okay.    Can you just run through for me the

11   positions that you held with Safeco?

12       A.    Adjuster.

13       Q.    And how long did you hold that position?

14       A.    About three years.    Two-and-a-half, three years.

15       Q.    So that would take you through to roughly 1972,

16   1973?

17       A.    Yeah.    Then I was adjuster in charge, which was a

18   promotion.    And that was in -- and I was transferred to

19   Grate Falls, Montana?

20       Q.    And how long did you hold that position?

21       A.    13 months, 10 days, 4 hours, and 16 seconds.

22       Q.    Okay.

23       A.    Roughly.    It was 13 months.

24       Q.    13 months.    And what was your next position with

25   Safeco?

**NAEGELI REPORTING CORPORATION**

Portland, OR                                    Seattle, WA
(503) 227-1544                                  (206) 622-3376

Spokane, WA                    Coeur d'Alene, ID
(509) 838-6000                                  (208) 667-1163

Phone: (800) 528-3335      www.naegelireporting.com      Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1      A.    Half of the regional offices reported to me, and

2   I was also responsible to lead the integration of the field

3   portion of the acquisition of American States Insurance.

4      Q.    Okay.

5      A.    I also was given the task of creating customer

6   call centers.

7      Q.    Okay.   And then your final position at Safeco was

8   as an executive vice president?

9      A.    Yes.

10     Q.    And what areas of the business did you oversee in

11  that position?

12     A.    It -- it changed a couple of times, but primarily

13  it was the regional offices, the claims department, the

14  marketing department, the administrative department, human

15  resources.

16     Q.    Okay.

17     A.    And at one point personal lines underwriting.

18     Q.    Okay.

19     A.    And then sometimes HR would report some place

20  else, and sometimes marketing would and we -- we were moving

21  things around as we reorganized the company.

22     Q.    Okay.   Now, Mr. Lebo, the -- Safeco has also

23  produced the -- the next document here, which is a -- an

24  organizational chart for the Hartford Regional Claims office.

25  Now, I'm not going to ask you any specific questions about

**NAEGELI REPORTING CORPORATION**



Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1    Q.   Well, that was my next question.   Would this be
2    an accurate depiction of the duties of these particular
3    types of field claims representatives?
4    A.   No --
5    Q.   Okay.
6    A.   -- this would not.
7    Q.   And what is inaccurate about this?
8    A.   It is a -- too brief and simplistic summary of
9    what their entire job duties would have been involved.
10   Q.   Okay.   Let's take a look at some of the
11   individual descriptions.   The first one listed is, physical
12   damage PD rep, and it states that they're responsible for
13   inspecting and estimating auto losses. Is that an accurate
14   description?
15   A.   No.
16   Q.   Okay.   What is not accurate about it?
17   A.   It assumes that every PD performed the same
18   functions on a national basis, and they didn't.
19   Q.   Okay.
20   A.   They were different -- if -- there were different
21   skill sets of PD reps.   Some had more skill than others, so
22   some handled more complicated losses than others. Some PD
23   reps in -- investigated claims.   Some PD reps settled not
24   only PD claims, they also settled bodily injury claims.
25                     This job description, responsible for

**NAEGELI REPORTING CORPORATION**

Portland, OR                                              Seattle, WA
(503) 227-1544                                           (206) 622-3376

Spokane, WA                    Coeur d'Alene, ID
(509) 838-6000                                          (208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1    inspecting and estimating auto losses, makes the job sound

2    extremely simplistic.  The job is not simplistic because it

3    involved negotiating and reaching agreement with body shop

4    owners, repair personnel.  It involved negotiating and

5    reaching agreement with customers or claimants against our

6    customers.

7                    And in -- in some cases the jobs were

8    expanded well beyond what this simple sentence, "Responsible

9    for inspecting and estimating auto losses," says.  The local

10   regional offices and branch offices, and even small field

11   offices, had a lot of autonomy to utilize the talent of the

12   employee in the best fashion that they felt it needed to be

13   utilized.

14       Q.   Okay.  Now, Mr. Lebo, would all physical damage

15   PD reps -- would there -- all of their jobs include

16   inspecting and estimating auto losses?

17                    MS. STRANGE:  Objection.  Are we '98 to

18   2001?

19                    MR. PANTUSO:  Yes.

20                    THE WITNESS:  I don't know that.

21       BY MR. PANTUSO:

22       Q.   Okay.  Okay.  Well, you just gave a -- a

23   description of why you believe this one sentence summary of

24   the duties of -- or responsibilities of a physical damage PD

25   rep is inaccurate.

## NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

```
 1   states that, "PD and property reps spend the majority of
 2   their time in this way," referring to inspecting damages and
 3   preparing estimates.  Is that an accurate statement?
 4        A.   I don't know.
 5        Q.   Okay.  Who would know whether or not that was
 6   accurate?
 7        A.   I -- you -- I can't name an individual.  I don't
 8   know who would know if that's accurate.
 9        Q.   Do you have any understanding of how PD and
10   property reps would have spent the majority of their time
11   during the period of 1998 through 2001?
12        A.   No, I do not.
13        Q.   Okay.  Are you familiar at all with what the
14   duties and responsibilities of PD reps and property reps
15   were during the time period of 1998 through 2001?
16        A.   Was I -- repeat that?
17        Q.   Are you familiar at all with what the duties of
18   PD reps and property reps were during the time frame of
19   1998 through 2001?
20        A.   Yes.
21        Q.   Okay.  Can you tell me what those duties were?
22        A.   My general understanding is that their job was to
23   adjust physical damage and property losses.
24        Q.   And when you use the term "adjust," can you tell
25   me what you mean by that term?
```

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000



Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335     www.naegelireporting.com     Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1      A.   By the term "adjust," I mean that they would

2   prepare an estimate if -- or pay off of a shop estimate or

3   pay off of an individual independent adjuster estimate.

4   That they may write their own estimates. They might do their

5   own inspections.  They might not. They might just do

6   inspections and hand the file off to someone else to settle,

7   or they might negotiate and settle the claim with our

8   customer or the claimant themselves.

9              The job duties were not regimented

10   from home office so that they were done uniformly,

11   consistently, absolutely the same everywhere in the

12   organization.

13              Each region was autonomous.  Each

14   region did things differently.  Each office did things

15   differently. So, generally, my understanding was that claims

16   representatives were involved in the investigation,

17   preparation of damages, and settlement of claims.  This

18   document doesn't clearly state that, in my opinion, as I

19   read it.

20      Q.   Now, in performing the duties as you've just

21   described them, do you have any knowledge as to what portion

22   of a PD reps time would be spent in inspecting and

23   appraising automobiles?

24      A.   No.

25              THE WITNESS:  Can we take a short

NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163



Phone: (800) 528-3335     www.naegelireporting.com     Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue. Portland, OR 97204

1    characterizing Mr. Ables' testimony.   You can ask him the

2    questions but --

3        BY MR. PANTUSO:

4        Q.   Now, are you aware of whether or not Safeco at

5    any time said to move some employees from the position of

6    auto appraiser to the position of claims representative?

7        A.   I don't recall Safeco ever having any employees

8    with the job title auto appraiser.

9        Q.   Okay.   That being the case then, is it safe to

10    say that you have no knowledge of any decision to retitle

11    people from auto appraiser to claims representative?

12        A.   It's safe to say that because I did not -- I

13    don't think we ever had anybody titled auto appraiser.

14        Q.   Okay.   Now, Mr. Lebo, you are familiar with the

15    reclassification of the positions of claims representatives,

16    senior claim representative, and claim specialist from exempt

17    to nonexempt in July of 2001. Correct?

18        A.   Correct.

19        Q.   And you've been identified as one of the employees

20    who was involved in the decision to reclassify?

21        A.   Correct.

22        Q.   Okay.   Can you tell me specifically what led to

23    that decision to reclassify these employees?

24                    MS. STRANGE:   Okay.   And I'm just going

25    to object and caution the witness that, you can answer the

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1   question, but you don't want to reveal any information

2   regarding a conversation with counsel.

3                    THE WITNESS:   Repeat the question?

4        BY MR. PANTUSO:

5        Q.   Okay.   Can you tell me what led to the decision

6   to reclassify these positions from exempt to nonexempt?

7        A.   My recollection is that Farmers Insurance Company

8   lost a lawsuit in California on that issue.   And the claims

9   and HR people came to me and said, we can wait and see if

10  Farmers' appeal is successful and not reclassify our

11  employees, or we can choose to reclassify our employees now,

12  and if Farmers isn't successful with their appeal, it limits

13  the exposure we might have by not reclassifying our

14  employees because the law -- the Farmers decision, to my

15  understanding, changed the law in the state of California as

16  to how those people were classified.

17                    I made the decision that we would

18  reclassify our employees.   And I also made the decision we

19  would reclassify them on a national basis, so that we

20  treated all classes of employees the same and eliminated the

21  exposure to any future causes of action that we did

22  something wrong by not reclassifying after the Farmers

23  decision.

24       Q.   Okay.   And how was it decided, specifically, what

25  positions would be reclassified?

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1  that we didn't just approve the first version of this, but

2  it's highly unlikely based on the experience I had, that the

3  first draft of any -- any announcement like this came out

4  exactly as it was originally drafted.  We made -- we would

5  make changes to it to make -- make it more readable, make

6  it more understandable.

7                    MR. PANTUSO:  Okay.  And, again, Peggy,

8  I'm -- if there are any earlier drafts of these documents

9  that are in existence, I would like them.

10                   MS. STRANGE:  Yeah.  I think we've

11  provided all the drafts that we're aware of.

12     BY MR. PANTUSO:

13     Q.   Okay.  Now, in both of those documents, number

14  5215 and 5214, there's a reference to recent legal

15  developments?

16     A.   Yes.

17     Q.   And can you tell me, specifically, what that --

18  those recent legal developments were?

19     A.   That's the Farmers case in California.

20     Q.   Okay.  And were you aware of any earlier court

21  rulings prior to the Farmers case regarding the nonexempt

22  status of automobile appraisers?

23     A.   No.

24     Q.   Okay.  Were you aware of any earlier Department

25  of Labor regulations or interpretations regarding the

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000



Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

```
 1    nonexempt status of automobile appraises?
 2                    MS. STRANGE:  Objection.
 3                    THE WITNESS:  Safeco didn't have
 4    automobile appraisers, so, no, I wasn't aware of any
 5    regulations applying to automobile appraisers.
 6                    MR. PANTUSO:  Okay.  Now, I'd like to
 7    look at the last four pages of Exhibit 9, which are marked
 8    documents 5208, 5209, 5210, and 5207.
 9                    THE WITNESS:  Okay.
10                    MR. PANTUSO:  Looks like my secretary
11    got them out of order.
12                    THE WITNESS:  Okay.
13        BY MR. PANTUSO:
14        Q.  Were you involved at all in the preparation of
15    these documents?
16        A.  Did I see the documents before they were released?
17    Is -- or did I write them?  What are you asking me?
18        Q.  Well, question number one -- well, let me ask
19    that.  Did you see these documents before they were -- were
20    released?
21        A.  Yes.
22        Q.  Did you have any input at all into the creation
23    of these documents?
24        A.  I -- I don't recall.  I -- I believe I looked at
25    the entire package of communications that was sent out.  And
```

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163



Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1       When they changed it to 55 the speed

2   limit was 55.   When they changed it back to 70, that didn't

3   mean it was wrong to drive when it was 55.

4       Prior to this decision in California,

5   I'm unaware of anything that's -- that said that any of the

6   positions that we had at Safeco, other than the clerical

7   positions, were entitled to -- the -- the -- what are

8   hourly waged people and were entitled to over-time.

9       And so this was a change just like a

10  speed limit change.   And so you wouldn't go back and

11  compensate people when they weren't entitled to something.

12      But we made a decision that, if this

13  case stands as law on a go forward basis, we owe over-time.

14  So we chose to start paying it then on a go-forward basis

15  because if the law stood and withstood the challenge, that

16  was the best decision to make for the company.

17      It was fair to the employees, and it

18  kept the company from being in the position of finding out

19  two or three years down the road when all the appeals were

20  over, that, yeah, that was the decision, it stands and you

21  owe over-time from when that decision was made until now.

22      We decided to start paying it when

23  that decision was made in California, forward.   And we

24  decided to do it on a national basis to be fair to all

25  claim reps across the country, so that it -- it was just

NAEGELI REPORTING CORPORATION

Portland, OR                                    Seattle, WA
(503) 227-1544                                  (206) 622-3376

Spokane, WA                Coeur d'Alene, ID
(509) 838-6000                                  (208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

CERTIFICATE

I, Marta M. Rice, do hereby certify that pursuant to the Rules of Civil Procedure, the witness named herein appeared before me at the time and place set forth in the caption herein; that at the said time and place, I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; and that the foregoing transcript pages constitute a full, true and correct record of such testimony adduced and oral proceeding had and of the whole thereof.

IN WITNESS HEREOF, I have hereunto set my hand this ___14th___ day of _____August_____, __2003__.

_Marta M. Rice_
Signature

_2-16-06_
Expiration Date

## NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

