# EXHIBIT 8

COPY OF TRANSCRIPT

# CONFIDENTIAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM E. Mike, individually and
On behalf of other similarly situated
Individuals

       Plaintiffs,

vs.                  Civil Action No. 3:02 cv 2239 (DJS)

SAFECO INSURANCE COMPANY OF
AMERICA

       Defendant.

**\*\*CONFIDENTIAL\*\***

DEPOSITION OF JIM WILSON
Taken on behalf of the Plaintiffs
August 7, 2003

- - -

BE IT REMEMBERED THAT, pursuant to the Washington Rules of Civil Procedure, the deposition of Jim Wilson was taken before Marta M. Rice, CSR No. 2050, a Certified Shorthand Reporter, and a Notary Public for the State of Washington, on August 7, 2003, commencing at the hour of 1:30 p.m., the proceedings being reported at Best Western University Tower Hotel, 4507 Brooklyn Avenue NE, Seattle, Washington.

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

National: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123

Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1  because, again, that's something that the reporter can't
2  take down.
3                    THE WITNESS:  Okay.
4                    MR. PANTUSO:  If I ask you a question
5  that you don't understand, just let me know that.  I will
6  try to rephrase it to make it more clear.  If you do
7  answer a question I'm going to assume that you understood
8  the question, and I will be relying on that answer.
9                    And, then, I don't think we're going to
10 take toO long this afternoon, but, at any time, if you feel
11 the need to take a break just let us know.  The only thing
12 I ask is that you answer any pending question before we
13 break.
14                   THE WITNESS:  Okay.
15    BY MR. PANTUSO:
16    Q.   Okay.  And I want to start off just by getting a
17 little background information on you.  What is your current
18 position with Safeco?
19    A.   I'm vice president, human resources, property
20 casualty companies.
21    Q.   Okay.  And in the property and casualty companies,
22 that would include Safeco Insurance Company of America?
23    A.   Yes.
24    Q.   Okay.  And how long have you held this position?
25    A.   Since March 5th, 2001.

NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1     A.    No.

2     Q.    Okay. Now, Mr. Wilson, were you involved in the
3 decision to reclassify the position of claims representative
4 from exempt to nonexempt in July of 2001?

5     A.    Yes.

6     Q.    Okay. Can you tell me what your role was in
7 that decision?

8     A.    Well, my role was the vice president of HR for
9 the P&C company, so -- which said that I was one of the
10 people that helped make the final decision.

11     Q.    Okay. And can you just describe for me what kind
12 of input you had into this decision?

13     A.    Basically, through a process of sitting through an
14 all day meeting was part of a consensus decision that this
15 was the appropriate way to go at that time.

16     Q.    Okay. And can you tell me who the other
17 participants were in that meeting?

18     A.    I cannot list everybody in that meeting to be
19 honest.

20     Q.    Can you tell me everyone that you can remember
21 who was present at that meeting?

22     A.    The people that stand out the most is probably
23 Brian Bolger, who was our attorney, Tucker Miller, Jim
24 Schmidt, myself, Mike Lindsey.

25     Q.    Okay. Now, Mr. Bolger and Ms. Miller, they're --

NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1  they're both attorneys.  Is that correct?
2     A.  That's correct.
3     Q.  Okay.  I'm -- I'm -- at this point, I'm not
4  going to ask you about their role in this meeting.  What
5  was Mr. Schmidt's role in this meeting?
6          MS. STRANGE:  I'm going to object to
7  the extent that legal counsel was present at the meeting.
8  I think your questions could very well lead to
9  attorney/client privileged communications.  And I don't think
10 that he can answer that question without revealing
11 privileged communications with attorneys -- with the
12 attorneys.  So I'm going to object and ask that you
13 rephrase the question, so that he can answer it.
14          MR. PANTUSO:  I -- I understand your
15 objection.  I'm just not sure that the -- that the question
16 can be phrased -- I'm --
17    BY MR. PANTUSO:
18    Q.  What I'm asking is, can you just tell me what was
19 Mr. Schmidt's role at this meeting?
20          MS. STRANGE:  I'll repeat the objection.
21 To the extent you can answer -- and I'm -- I'm not sure I
22 understand what -- what "his role was," means.  But to the
23 extent you understand that question and can answer without
24 revealing any attorney/client privileged communications, I'll
25 let you answer it.  If you can.

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163



Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1   THE WITNESS: I don't know that I can
2   describe his role. His position at the time was senior
3   vice president of claims.
4          (Recess.)
5          MR. PANTUSO: I would like you, if you
6   could, because I'd just like to get back on track to where
7   I was.
8          MS. STRANGE: The question was, what
9   role did Jim Schmidt play. And the answer was, his title.
10         MR. PANTUSO: Okay. Thanks.
11         MS. STRANGE: His position was senior
12  vice president of claims.
13         MR. PANTUSO: All right. I'm going to
14  go a little bit out of order here but -- now, Mr. Schmidt,
15  I want to --
16         THE WITNESS: Actually, Wilson.
17         MR. PANTUSO: I'm sorry. Mr. Wilson, I
18  want to show you some documents that have been marked as
19  Exhibit 4.
20         THE WITNESS: Okay.
21  BY MR. PANTUSO:
22  Q.   Are you familiar with these documents?
23  A.   I've seen these documents.
24  Q.   Okay. And these are the job descriptions of the
25  three positions that were reclassified back in July of 2001?

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000



Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335   www.naegelireporting.com   Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1  anytime.  So define anytime.
2              MR. PANTUSO:  Well, right now, I'm
3  looking, specifically, at the time frame during which the
4  reclassification was under consideration leading up to the
5  reclassification on July 16th, 2001.
6              THE WITNESS:  And that time frame would
7  be?
8      BY MR. PANTUSO:
9      Q.  Well, can you tell me when did -- when did Safeco
10 first begin considering reclassifying these employees?
11     A.  Following the Farmers' case in California.
12     Q.  Okay.  And between the time the Farmers' case
13 came out and July 16th of 2001, in that time frame, did
14 Safeco take any steps to determine whether or not any of
15 the employees who were being reclassified met the legal
16 requirements for being exempt employees?
17             MS. STRANGE:  Okay.  Objection.  And,
18 again, you can answer to the extent you don't reveal any
19 privileged communications with counsel.
20             THE WITNESS:  And I don't think I can
21 without revealing privileged communications.
22             MR. PANTUSO:  I am not asking you right
23 now for the contents of communications.  I am asking you
24 just to answer the -- the specific question, whether or not
25 any steps were taken.

**NAEGELI REPORTING CORPORATION**

Portland, OR (503) 227-1544    Seattle, WA (206) 622-3376
Spokane, WA (509) 838-6000    Coeur d'Alene, ID (208) 667-1163



Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

# CERTIFICATE

I, Marta M. Rice, do hereby certify that pursuant to the Rules of Civil Procedure, the witness named herein appeared before me at the time and place set forth in the caption herein; that at the said time and place, I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; and that the foregoing transcript pages constitute a full, true and correct record of such testimony adduced and oral proceeding had and of the whole thereof.

IN WITNESS HEREOF, I have hereunto set my hand this ___14th___ day of ___August___, 2003.

_____          2-11-06
Signature                          Expiration Date



## NAEGELI REPORTING CORPORATION

Portland, OR            Seattle, WA
(503) 227-1544          (206) 622-3376

Spokane, WA             Coeur d'Alene, ID
(509) 838-6000          (208) 667-1163