EXHIBIT 9

COPY OF TRANSCRIPT

CONFIDENTIAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM E. MIKE, individually and
On behalf of other similarly situated
Individuals

       Plaintiffs,

vs.                  Civil Action No. 3:02 cv 2239 (DJS)

SAFECO INSURANCE COMPANY OF
AMERICA

       Defendant.

**\*\*CONFIDENTIAL\*\***

DEPOSITION OF MATT PHILIP
Taken on behalf of the Plaintiffs
August 8, 2003

— — —

    BE IT REMEMBERED THAT, pursuant to the Washington Rules of Civil Procedure, the deposition of Matt Philip was taken before Marta M. Rice, CSR No. 2050, a Certified Shorthand Reporter, and a Notary Public for the State of Washington, on August 8, 2003, commencing at the hour of 9:00 a.m., the proceedings being reported at Best Western University Tower Hotel, 4507 Brooklyn Avenue NE, Seattle, Washington.

**NAEGELI REPORTING CORPORATION**



Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000

Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

National: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123

Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

```
 1        BY MR. PANTUSO:
 2        Q.   I want to get a little background information
 3   about you first.  What is your current position with Safeco?
 4        A.   I'm the director of compensation and benefits.
 5        Q.   And how long have you held that position?
 6        A.   I think about two years.  Three years maybe.  Two
 7   to three years.
 8        Q.   Okay.  And did you hold this position at the time
 9   of the -- well, were you in this position in July of 2001?
10        A.   Yes, I think I was.
11        Q.   Okay.  And can you tell me what are your
12   responsibilities as the director of compensation and
13   benefits?
14        A.   I work within the human resources department, and
15   my responsibilities are to oversee the design, maintenance,
16   administration of employee pay and benefit programs.  So
17   these are programs for Safeco personnel.
18        Q.   And how long have you been employed by Safeco?
19        A.   Since January of 1985.
20        Q.   All right.  And what I'd like to do is, kind of,
21   run through the various positions that you've held with
22   Safeco.  What -- what was the first position you held with
23   Safeco?
24        A.   I was a personnel analyst when I joined the
25   company in 1985.
```

**NAEGELI REPORTING CORPORATION**

Portland, OR                  Seattle, WA
(503) 227-1544                                    (206) 622-3376

Spokane, WA                                       Coeur d'Alene, ID
(509) 838-6000                                    (208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1    Q.   Okay.  Do you know who would or what group would
2  have that involvement?
3    A.   For this posting?  This specific posting?
4    Q.   If -- if that's how you can best answer the
5  question, yes.
6    A.   My reasonable speculation on this is that a group
7  in California, including the claims office in California,
8  has identified a need within that office and have -- has
9  described that need for their opening.  And they've worked
10 with the human resources department who does the front-end
11 recruiting who would have then posted this for them.
12   Q.   Okay.  When you say, "they work with the human
13 resources department," would this be the human resource
14 department in the home office?
15   A.   Unlikely.  This would be a -- the way we operate
16 recruiting is a decentralized activity.  This would be
17 probably a southern California group.
18   Q.   Okay.  Now, Mr. Philip, are you aware of the fact
19 that Safeco reclassified the positions of claims
20 representative, senior claims representative, and claims
21 specialist from exempt to nonexempt status effective July
22 16, 2001?
23   A.   Yes.
24   Q.   Okay.  And did you have any involvement in that
25 decision?

NAEGELI REPORTING CORPORATION

Portland, OR　　　　　　　　　　　　　　　　　　　　　　Seattle, WA
(503) 227-1544　　　　　　　　　　　　　　　　　　　　(206) 622-3376

Spokane, WA　　　　　　　　　　　Coeur d'Alene, ID
(509) 838-6000　　　　　　　　　　　　　　　　　　　　(208) 667-1163

Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

```
 1        A.   Did I participate in making that decision?
 2        Q.   Yes.
 3        A.   No, I didn't.
 4        Q.   Okay.  Did you have any involvement in
 5   implementing that decision?
 6        A.   No, I didn't.
 7        Q.   Okay.  Did you have any input, whatsoever, into
 8   it?
 9        A.   I participated in a meeting.
10        Q.   Okay.  And can you tell me who was present at
11   that meeting?
12        A.   It was with counsel.  It -- claims individuals,
13   property casualty human resources individuals, other human
14   resources personnel, and that's it.
15        Q.   Okay.  Do you recall specific names of -- of
16   people?
17        A.   Um-hmm.  That was -- some.  Not inclusive. Jim
18   Wilson who was in the property casualty human resources
19   group; Tucker Miller, corporate human resources; myself, Mike
20   Lindsey, also part of Jim Wilson's staff; and the claims
21   folks that I recall, Jim Schmidt, and, I believe, Scott
22   Ables (PHONETIC).
23        Q.   And can you tell me when this meeting took place?
24        A.   It would have been some date before the change.  I
25   don't recall specifically.
```

NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163



Phone: (800) 528-3335    www.naegelireporting.com    Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

1  Q. And what was the purpose of this meeting?

2  MS. STRANGE: I'm just going to object
3  and advise the witness that you can't reveal any
4  attorney/client communications. So to the extent your
5  answer would require you to reveal communications with
6  counsel at that meeting, you're not going to be able to
7  answer that question. If you can answer it, otherwise, go
8  ahead.

9  THE WITNESS: You'll have to restate
10 the question please for me.

11 BY MR. PANTUSO:

12 Q. Sure. What was the purpose of that meeting?
13 A. To discuss whether we should be making a change
14 to the wage and hour status of these claims individuals.
15 Q. Okay. Now, at any time prior to implementing the
16 reclassification on July 16th of 2001, did Safeco perform
17 any sort of analysis of what the cost would be to
18 reclassify these employees from exempt to nonexempt?

19 MS. STRANGE: Okay. Again, objection
20 to the extent if that answer would require you to reveal
21 attorney/client communications then you should not reveal
22 those communications. And also, objection to the extent
23 you're asking him on behalf of Safeco, but go ahead and
24 answer if you can.

25 THE WITNESS: I actually -- I don't

**NAEGELI REPORTING CORPORATION**

Portland, OR
(503) 227-1544

Spokane, WA
(509) 838-6000



Seattle, WA
(206) 622-3376

Coeur d'Alene, ID
(208) 667-1163

Phone: (800) 528-3335   www.naegelireporting.com   Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

CERTIFICATE

I, Marta M. Rice, do hereby certify that pursuant to the Rules of Civil Procedure, the witness named herein appeared before me at the time and place set forth in the caption herein; that at the said time and place, I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; and that the foregoing transcript pages constitute a full, true and correct record of such testimony adduced and oral proceeding had and of the whole thereof.

IN WITNESS HEREOF, I have hereunto set my hand this __14th__ day of ____August____, 2003.

_(signature)_     2-11-06
Signature         Expiration Date

**NAEGELI REPORTING CORPORATION**



Portland, OR        Seattle, WA
(503) 227-1544      (206) 622-3376

Spokane, WA         Coeur d'Alene, ID
(509) 838-6000      (208) 667-1163