UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM E. MIKE** | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | |
| | : | |
| v. | : | 3: 02 CV 2239 (DJS) |
| | : | |
| | : | |
| **SAFECO INSURANCE COMPANY** | : | |
| **OF AMERICA** | : | |
| **Defendant** | : | **MARCH 23, 2005** |

  Plaintiff respectfully moves the Court for an extension of time of thirty days, until April 27, 2005, within which to file his reply brief to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment, dated March 14, 2005 and received by Plaintiff on March 15, 2005.  This is the first motion for extension of time with respect to this time limitation.  Counsel for Plaintiff requires the additional time to adequately research and respond the extensive and complex arguments raised in Defendant's Opposition and the more than 100 pages of exhibits attached thereto.  This case is not yet assigned for trial.  The undersigned has spoken with Attorney James Shea, Counsel for Defendant, who has no objection to the granting of this extension.

                   PLAINTIFF,

                   By: _____
                     Anthony J. Pantuso, III
                     Hayber & Pantuso, LLC
                     221 Main Street, Suite 400
                     Hartford, CT 06106
                     Juris No: 420475
                     (860) 522-8888
                     (860) 240-7945 (facsimile)

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

| | |
|---|---|
| Margaret J. Strange | William G. Madsen, Esq. |
| Jackson Lewis LLP | Madsen, Prestley & Parenteau, LLC |
| 55 Farmington Avenue | 44 Capitol Avenue |
| Suite 1200 | Suite 201 |
| Hartford, CT 06105 | Hartford, CT 06106 |

                                                                                      _____

                                                                                     Anthony J. Pantuso, III