UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

WILLIAM E. MIKE
       Plaintiff,

v.

SAFECO INSURANCE COMPANY
OF AMERICA,
       Defendant

CASE NUMBER:  3:02 CV 2239(DJS)

SEPTEMBER __, 2005

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, William Mike, and the Defendant, Safeco Insurance Company of America, through their undersigned counsel, to execute this stipulation so that the above-captioned action may be dismissed as to the Defendant in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

PLAINTIFF,
WILLIAM MIKE

By: _____
Anthony J. Pantuso, III (ct11638)
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106
Tel. (860) 522-8888
Fax (860) 240-7945
Email: apantuso@hayberandpantuso.com

DEFENDANT,
SAFECO INSURANCE COMPANY OF
AMERICA

By: _____
Margaret J. Strange (ct 08212)
James F. Shea (ct 16750)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT  06103-3708
Tel  (860) 522-0404
Fax  (860) 247-1330
E-mail: strange@jacksonlewis.com
E-mail: sheaj@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, on this 13 th day of September 2005, to the following counsel of record:

Anthony J. Pantuso III, Esq.
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106


William G. Madsen
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106


James R. Shea

H:\Client Folders\S\Safeco\Mike\Pld\Stipulation of Dismissal.doc
64406

2