UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM E. MIKE, individually and on behalf of others similarly situated individuals<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv2239(DJS) |
| SAFECO INSURANCE COMPANY OF AMERICA<br>    Defendant | : |

### ORDER OF DISMISSAL

The Stipulation of Dismissal With Prejudice (Doc. #131) is hereby **GRANTED**.

The Clerk is hereby directed to **close this case**.

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   15th   day of September, 2005.


                                              /s/DJS
                                              Dominic J. Squatrito
                                              United States District Judge